UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| TYRONE D. JOHNSON,<br><br>      Plaintiff - Appellant,<br>v.<br><br>YOLO COUNTY, Department<br>of Human Services; et al.,<br><br>      Defendants - Appellees. | No. 06-15692<br>D.C. No. CV-04-01523-MCE/GGH<br><br><br>**ORDER** |

This appeal has been taken in good faith    [   ]

This appeal is not taken in good faith     [✓]

Explanation: _____

_____

_____

_____

                                                    _____
                                                                Judge
                                                  United States District Court

                                               Date: _____ JUN -5 2006 _____